Matter of Rone (Commissioner of Labor) (2024 NY Slip Op 06095)

Matter of Rone (Commissioner of Labor)

2024 NY Slip Op 06095

Decided on December 5, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:December 5, 2024

CV-23-1745
[*1]In the Matter of the Claim of Cindy Rone, Appellant. Commissioner of Labor, Respondent.

Calendar Date:November 8, 2024

Before:Garry, P.J., Egan Jr., Aarons, Reynolds Fitzgerald and McShan, JJ.

Cindy Rone, Troy, appellant pro se.
Letitia James, Attorney General, New York City (Linda D. Joseph of counsel), for respondent.

Appeal from a decision of the Unemployment Insurance Appeal Board, filed August 2, 2023, which denied claimant's application for reopening and reconsideration of a prior decision.
Decision affirmed. No opinion.
Garry, P.J., Egan Jr., Aarons, Reynolds Fitzgerald and McShan, JJ., concur.
ORDERED that the decision is affirmed, without costs.